AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 3:09 pm, May 14, 2024

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00230 |
| ZIMARIE BRYANT | ) Assigned to: Judge Berman Jackson Amy |
|  | ) Assign Date: 5/14/2024 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ZIMARIE BRYANT

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) - UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA;
18 U.S.C. § 924(c)(1)(B)(ii) - USING, CARRYING, AND POSSESSING A MACHINEGUN IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE;
18 U.S.C. § 922(o) - UNLAWFUL POSSESSION OF A MACHINEGUN;

FORFEITURE: 21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date:   05/14/2024

*Issuing officer's signature*

City and state:   WASHINGTON, DC

MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 05/14/24, and the person was arrested on *(date)* 5/30/2024
at *(city and state)* Washington, DC

Date: 5/30/2024

*Arresting officer's signature*

FBI SA JONATHAN FUGITT
*Printed name and title*